UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:25-cv-14093-AMC

LAWRENCE FELTZIN,

    Plaintiff,
v.

JENSEN BEACH EQUITIES, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, JENSEN BEACH EQUITIES, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this May 30, 2025.

| | |
|---|---|
| */s/ Ramon J. Diego* <br> RAMON J. DIEGO <br> Florida Bar No. 689203 <br> **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** <br> 5001 SW 74th Court, Suite 103 <br> Miami, FL, 33155 <br> Telephone: (305) 553-3464 <br> Primary Email: rdiego@lawgmp.com <br> Secondary Email: ramon@rjdiegolaw.com <br> *Counsel for Plaintiff* | By: */s/ Nickolas C. Ekonomides* <br> NICKOLAS C. EKONOMIDES <br> Florida Bar No.: 997821 <br> **NICKOLAS C. EKONOMIDES, P.A.** <br> 791 Bayway Blvd. <br> Clearwater, Florida 33767 <br> Telephone: (727) 447-1075 <br> Email: service@eko-law.com <br> *Attorney for Defendant* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 30, 2025.

    Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Co-Counsel for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 553-3464
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_*Ramon J. Diego*_____
     RAMON J. DIEGO